## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  NICHOLAS RAMOS TORRES | : | Chapter 13 |
| TORRES | : | |
| | : | |
| Debtor, | : | Case No. 19-16112-PMM |

### Certificate of No Response

I, Jose C. Campos, attorney for the above Debtor, do hereby certify that I have received no responsive pleading, and have checked the docket and no responsive Pleading has been filed to Counsel's Application for Compensation and Reimbursement of Expenses and thus said application is not contested.

I further certify that the same was served together with the Notice and proposed Order by first class mail or electronic mail to the parties as evidenced in the Certificate of Service filed on September 9, 2020, in this case.

Dated:   October 13, 2020           /s/*Jose C. Campos, Esq.*
                                    Jose C. Campos, Esq.
                                    The Law Office of Jose C. Campos, Esq.
                                    251 E. Broad St.
                                    Bethlehem, PA 18018