**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Nicholas Ramos Torres aka Nicholas Ramos | CHAPTER 13 |
| Debtor(s) | BKY. NO. 19-16112 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Bayview Loan Servicing, LLC and index same on the master mailing list.

    Respectfully submitted,

/s/Rebecca A. Solarz
Rebecca Solarz
12 Oct 2020, 15:44:35, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322