United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16112-pmm |
| Nicholas Ramos Torres | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: DonnaR | Page 1 of 2 |
| Date Rcvd: Oct 14, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

**Recip ID        Recipient Name and Address**
db            + Nicholas Ramos Torres, 152 Jeffrey Lane, Northampton, PA 18067-1057

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2020         Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2020 at the address(es) listed below:**

**Name**            **Email Address**

JEROME B. BLANK
                on behalf of Creditor Bayview Loan Servicing  LLC paeb@fedphe.com

JEROME B. BLANK
                on behalf of Creditor Bank Of America  N.A., et.al. paeb@fedphe.com

JOSE C CAMPOS
                on behalf of Debtor Nicholas Ramos Torres jc@jccamposlaw.com  sbennett@jccamposlaw.com

REBECCA ANN SOLARZ
                on behalf of Creditor Bayview Loan Servicing  LLC bkgroup@kmllawgroup.com

ROBERT J. DAVIDOW
                on behalf of Creditor Bank Of America  N.A., et.al. robert.davidow@phelanhallinan.com

SCOTT F. WATERMAN (Chapter 13)
                ECFMail@ReadingCh13.com

District/off: 0313-4  User: DonnaR  Page 2 of 2
Date Rcvd: Oct 14, 2020  Form ID: pdf900  Total Noticed: 1

THOMAS YOUNG.HAE SONG
  on behalf of Creditor Bayview Loan Servicing  LLC paeb@fedphe.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
  on behalf of Creditor Santander Consumer USA Inc.  d/b/a Chrysler Capital ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**Nicholas Ramos Torres,**          :          Chapter 13

           **Debtor**          :          Bky. No. 19-16112 PMM

# O R D E R

**AND NOW**, upon consideration of the Application for Compensation (doc. no. 56) filed by the Debtor's counsel, Jose C. Campos ("the Applicant"), and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is allowed in favor of the Applicant in the amount of $4,500.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation less $2,500.00 which was paid by the Debtor prepetition, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

4. The compensation may be paid to the Applicant in accordance with the terms of the confirmed Plan.

**Date:** October 14, 2020

                                                **PATRICIA M. MAYER**
                                                **U.S. BANKRUPTCY JUDGE**