| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-16112-PMM

Nicholas Ramos Torres
152 Jeffrey Lane
Northampton  PA    18067

Petition Filed Date: 09/29/2019
341 Hearing Date: 12/03/2019
Confirmation Date: 09/10/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/24/2020 | $3,100.00 | | 05/22/2020 | $2,000.00 | | 08/05/2020 | $1,400.00 | |
| 10/05/2020 | $50.00 | | 11/25/2020 | $50.00 | | | | |

**Total Receipts for the Period: $6,600.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOSE C CAMPOS ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $255.29 | $255.29 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $58.00 | $0.00 | $58.00 |
| 3 | SANTANDER CONSUMER USA INC »» 002 | Secured Creditors | $779.12 | $138.20 | $640.92 |
| 4 | JEFFERSON CAPITAL SYSTEMS LLC »» 003 | Unsecured Creditors | $543.78 | $0.00 | $543.78 |
| 5 | HSBC BANK USA NA »» 004 | Unsecured Creditors | $632.38 | $0.00 | $632.38 |
| 6 | CACH, LLC »» 005 | Unsecured Creditors | $3,855.31 | $0.00 | $3,855.31 |
| 7 | COMMUNITY LOAN SERVICING LLC »» 06A | Mortgage Arrears | $13,079.21 | $2,379.39 | $10,699.82 |
| 8 | COMMUNITY LOAN SERVICING LLC »» 06B | Secured Creditors | $6,634.10 | $1,206.88 | $5,427.22 |

**Chapter 13 Case No. 19-16112-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,600.00 | Current Monthly Payment: | $611.48 |
| Paid to Claims: | $5,979.76 | Arrearages: | $484.44 |
| Paid to Trustee: | $616.70 | Total Plan Base: | $30,932.21 |
| Funds on Hand: | $3.54 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.