United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Nicholas Ramos Torres  
    Debtor

Case No. 19-16112-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Oct 28, 2021      Form ID: pdf900      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas Ramos Torres, 152 Jeffrey Lane, Northampton, PA 18067-1057 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14406462 | + | Aldridge Pite LLP, Janet M. Spears, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933 San Diego, CA 92177-7921 |
| 14429157 | | Bank Of America, N.A., et.al., C/o Robert J. Davidow, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14550262 | + | Bayview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14407873 | + | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14400798 | + | Chrysler Capital, Po Box 961212, Fort Worth, TX 76161-0212 |
| 14400800 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14400801 | + | Green Dot Bank, Po Box 5100, Pasadena, CA 91117-0100 |
| 14431881 | + | HSBC Bank USA, N.A., 2929 Walden Ave C17, Attn: Business Services, Depew, NY 14043-2690 |
| 14400802 | + | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14400804 | + | Jose C. Campos, Esq., 251 East Broad Street, Bethlehem, PA 18018-6267 |
| 14536318 | + | Jose C. Campos, Esquire, The Law Offices of Jose C. Campos, 251 E. Broad St., Bethlehem, PA 18018-6267 |
| 14550355 | + | Rebecca A. Solarz, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14480991 | + | Santander Consumer USA Inc., dba Chrysler Capital, c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3125 |
| 14480533 | + | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14400803 | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 28 2021 23:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14400797 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Oct 28 2021 23:35:00 | Bayview Loan Servicing, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 14436053 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Oct 28 2021 23:35:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 14434442 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2021 23:45:03 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14549634 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Oct 28 2021 23:35:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 14400799 | + | Email/Text: mrdiscen@discover.com | Oct 28 2021 23:35:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14399673 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 28 2021 23:35:00 | Pennsylvania Department of Revenue, Bankruptcy |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 28, 2021 | Form ID: pdf900 | Total Noticed: 29 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14428487 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | Oct 28 2021 23:35:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |

TOTAL: 8

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor Bayview Loan Servicing  LLC paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Bank Of America  N.A., et.al. paeb@fedphe.com |
| JOSE C CAMPOS | on behalf of Debtor Nicholas Ramos Torres jc@jccamposlaw.com  sbennett@jccamposlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Community Loan Servicing  LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Bayview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| ROBERT J. DAVIDOW | on behalf of Creditor Bank Of America  N.A., et.al. robert.davidow@phelanhallinan.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS SONG | on behalf of Creditor Bayview Loan Servicing  LLC tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc.  d/b/a Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

District/off: 0313-4　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　Page 3 of 3
Date Rcvd: Oct 28, 2021　　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　Total Noticed: 29
TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Nicholas Ramos Torres<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 19-16112-PMM |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: October 28, 2021**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE