**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| NICHOLAS RAMOS TORRES | : | Bk. No. 19-16112 PMM |
| A/K/A NICHOLAS RAMOS | : | |
| Debtor | : | Chapter No. 13 |
| | : | |
| BAYVIEW LOAN SERVICING, LLC | : | |
| Movant | : | |
| v. | : | |
| NICHOLAS RAMOS TORRES | : | |
| A/K/A NICHOLAS RAMOS | : | |
| Respondent | | |

**CERTIFICATE OF SERVICE OF NOTICE OF PAYMENT CHANGE SUPPLEMENT**

I certify under penalty of perjury that I served or caused to be served the Notice of Payment Change Supplement, which has been filed on the Claims Register in the above-referenced case, on the parties at the addresses shown below or on the attached list on September 8, 2020.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by Electronic Notification

JOSE C CAMPOS, ESQUIRE
251 EAST BROAD STREET
BETHLEHEM, PA 18018

SCOTT F WATERMAN, ESQUIRE (TRUSTEE)
2901 SAINT LAWRENCE AVENUE, SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

Service by First Class Mail

NICHOLAS RAMOS TORRES
152 JEFFREY LANE
NORTHAMPTON, PA 18067

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

September 8, 2020

/s/ Jerome Blank, Esquire
Jerome Blank, Esq., Id. No.49736
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31625
Fax Number: 215-568-7616
Email: jerome.blank@phelanhallinan.com