### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Nicholas Ramos Torres aka Nicholas Ramos**<br>　　　　　　　　　　**Debtor(s)** | **BK NO. 19-16112 PMM**<br><br>**Chapter 13** |
| **Community Loan Servicing, LLC**<br>　　　　　　　　　　**Movant**<br>　　vs.<br><br>**Nicholas Ramos Torres aka Nicholas Ramos**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Scott F. Waterman**, **Trustee** | **Related to Claim No. 6** |

### CERTIFICATE OF SERVICE OF
### NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 02, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Nicholas Ramos Torres aka Nicholas Ramos
152 Jeffrey Lane
Northampton, PA 18067

Attorney for Debtor(s)
Jose C. Campos, Law Office of Jose C. Campos Esq.
251 East Broad Street
Bethlehem, PA 18018

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service: electronic means or first class mail

Dated: September 02, 2021

　　　　　　　　　　　　　　　　　　　　**/s/Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　Phone: (215) 825-6327
　　　　　　　　　　　　　　　　　　　　Email: rsolarz@kmllawgroup.com